| PROB 22(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:96CR00324-001BB |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **Anibal Cruz-Martinez** | New Mexico | Albuquerque |
| | NAME OF SENTENCING JUDGE | |
| | **Honorable Bruce D. Black, Chief U.S. District Judge** | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 06/04/2008 — TO 06/03/2013 |

OFFENSE: Possession With Intent to Distribute More than 50 Grams of a Mixture with Cocaine Base and Forfeiture, in violation of 21 U.S.C. § 841(b)(1)(A)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEW MEXICO**

　　IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **Southern District of Florida** on that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

April 27, 2011

*(signed)* Bruce D Black

*Date*　　　　　　　　　　　　　　　　　　　　　　　　　　　*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF FLORIDA**

　　IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date　　　　　　　　　　　　　　　　　　　United States District Judge